| No. | IP address | Port Number | Hit Date (UTC) | Movie Title | Owner |
|---|---|---|---|---|---|
| 1 | 141.239.157.184 | 53221 | 2020-02-21 10:51:09 | Angel Has Fallen | Fallen Productions, Inc. |
| 2 | 72.234.8.216 | 58019 | 2020-08-14 09:25:06 | The Outpost | Outpost Productions, Inc. |
| 3 | 72.234.5.251 | 51177 | 2020-03-11 11:26:04 | Hellboy | Millennium Funding, Inc. |
| 4 | 72.234.149.243 | 54550 | 2020-02-16 12:06:45 | Hellboy | Millennium Funding, Inc. |
| 5 | 72.235.58.235 | 54499 | 2018-11-07 09:13:40 | The Hitman's Bodyguard | Bodyguard Productions, Inc. |
| 6 | 72.234.14.185 | 63923 | 2021-01-16 09:21:37 | Hellboy | Millennium Funding, Inc. |
| 7 | 72.235.28.22 | 57314 | 2018-11-08 09:13:40 | The Hitman's Bodyguard | Bodyguard Productions, Inc. |
| 8 | 72.234.118.96 | 49551 | 2019-01-04 09:34:35 | Hunter Killer | Hunter Killer Productions, LLC |
| 9 | 72.234.23.244 | 56858 | 2020-07-27 09:57:03 | The Outpost | Outpost Productions, Inc. |
| 10 | 141.239.255.86 | 62714 | 2018-05-31 12:16:19 | Criminal | Millennium Funding, Inc. |
| 11 | 72.234.181.226 | 41444 | 2018-06-01 00:10:56 | London Has Fallen | Millennium Funding, Inc. |
| 12 | 72.253.121.174 | 43253 | 2018-06-02 04:25:19 | Status Update | Voltage Holdings, LLC |
| 13 | 141.239.201.176 | 51759 | 2018-06-02 07:29:12 | The Hitman's Bodyguard | Bodyguard Productions, Inc. |

**EXHIBIT "1"**

| | | | | | |
|---|---|---|---|---|---|
| 14 | 72.235.130.128 | 50504 | 2018-06-02 18:38:46 | Mechanic: Resurrection | Millennium Funding, Inc. |
| 15 | 72.253.188.240 | 55507 | 2018-06-04 03:30:58 | London Has Fallen | Millennium Funding, Inc. |
| 16 | 72.234.30.189 | 65160 | 2018-06-04 07:54:38 | The Hitman's Bodyguard | Bodyguard Productions, Inc. |
| 17 | 72.235.199.58 | 50193 | 2018-06-04 19:12:20 | Status Update | Voltage Holdings, LLC |
| 18 | 141.239.99.115 | 58799 | 2018-06-05 06:39:46 | Survivor | Millennium Funding, Inc. |
| 19 | 141.239.171.17 | 32874 | 2018-06-06 00:21:56 | Status Update | Voltage Holdings, LLC |
| 20 | 72.234.245.140 | 58565 | 2018-06-06 15:04:41 | Criminal | Millennium Funding, Inc. |
| 21 | 72.253.202.91 | 59864 | 2018-06-07 19:20:32 | Before I Go to Sleep | Millennium Media, Inc |
| 22 | 72.235.57.13 | 59819 | 2018-06-08 12:30:24 | The Hitman's Bodyguard | Bodyguard Productions, Inc. |
| 23 | 72.253.91.168 | 62554 | 2018-06-08 14:52:56 | 211 | 211 Productions, Inc. |
| 24 | 72.235.35.201 | 50390 | 2018-06-08 19:40:37 | 211 | 211 Productions, Inc. |
| 25 | 141.239.178.124 | 50885 | 2018-06-09 03:21:32 | 211 | 211 Productions, Inc. |